Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

**Marion E. SCIARRONE, Respondent**

v.

**Robert F. SCIARRONE, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2013, the Motion to Strike the Answer and/or for Leave to File a Response to the Answer and the Petition for Allowance of Appeal are **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jorge George FRATICELLI, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of June, 2013, the Application for Leave to File Supplement to the Petition for Allowance of Appeal, the Motion to Supplement the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony T. JACOBS, Petitioner.**

Supreme Court of Pennsylvania.

June 27, 2013.

## ORDER

PER CURIAM.

AND NOW, this 27th day of June, 2013, the Petition for Allowance of Appeal is **GRANTED,** the judgment of sentence is **VACATED,** and the case is **REMANDED** to the trial court for reconsideration in a manner consistent with *Commonwealth v. Batts,* —— Pa. ——, 66 A.3d 286 (2013).